UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : <br> : <br> v.   : <br> : <br> **ANDREW WALTER JACOBSON** : <br> : <br> **Defendant.** : <br> : | Case: 1:26-mj-00050 <br> Assigned To: Judge Sharbaugh, Matthew J. <br> Assign. Date: 3/6/2026 <br> Description: COMPLAINT W/ARREST WARRANT |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Thomas Sullivan, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging ANDREW WALTER JACOBSON ("JACOBSON") with Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a), Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b), First Degree Child Sexual Abuse, in violation of 22 D.C. Code 3008, and Transfer of Obscene Material to Minors, in violation of 18 U.S.C. § 1470.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

**AFFIANT BACKGROUND**

4. I am a Detective with the Metropolitan Police Department of the District of Columbia (MPDC). I have been employed by the MPDC since 2009. I am currently assigned as a Special Deputy United States Marshal to the Federal Bureau of Investigation (FBI) / MPDC Child Exploitation Task Force (CETF) and Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force, where my duties include investigating cases pertaining to the sexual exploitation of children and online offenses involving children, including the production, advertisement, transportation, distribution, receipt, and possession of child pornography. During my tenure with the MPDC, I have been assigned to the Third District Patrol Operations, Third District Crime Suppression Team, Third District Vice Unit, Homeland Security Bureau Intelligence Fusion Unit, and, since 2013, to the Youth and Family Services Division (YFSD) where I worked in the Physical and Sexual Abuse Branch (PSAB) prior to being assigned to the task force. I have gained experience through training with the MPDC and in my everyday work related to conducting these types of investigations. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C. § 2251 "Sexual Exploitation of Children," 18 U.S.C. § 2252 "Certain Activities Relating to Material Inovlving the Sexual Exploitation of Minors," and 18 U.S.C. § 2422 "Coercion and Enticement," and 18 U.S.C. § 2423 "Transportation of Minors."

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I

respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2251(a) (Sexual Exploitation of a Child), 18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor), 18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct), 22 D.C. Code 3008 (First Degree Child Sexual Abuse), and 18 U.S.C. § 1470 (Transfer of Obscene Material to Minors) (hereafter, the "TARGET OFFENSES") have been committed by JACOBSON.

## PROBABLE CAUSE

7. On February 2, 2026, at approximately 4:11 pm, members of the Metropolitan Police Department (MPD) Fourth District responded to a call for service in Washington, D.C. The members met with the reporting person who reported that she is the relative of a fourteen-year-old girl ("Minor Victim 1" or "MV1"). The reporting person advised that MV1 had disclosed to a counselor at her school that she had a sexual relationship with an adult male.

8. MV1, who resides in Washington D.C., disclosed to the members of MPD that she has known the adult male since October 2025 and had met him on Instagram. MV1 advised that she had sex with the adult male in an alley next to her home. MV1 indicated that the adult male had driven her to his home in Maryland from a friend's house on January 31, 2026, and had sex with her there. MV1 reported that the adult male drove her home to Washington, D.C. from his house after having sex with her. MV1 reported that the adult male's name is Andrew Jacobson (JACOBSON), he is twenty-five years old, has a phone number of XXX-XXX-5579[1], lives in Maryland, and indicated he drove a gray sedan.

9. On February 3, 2026, your affiant interviewed the reporting person who advised she was aware that MV1 had a sexual relationship with JACOBSON. The reporting person advised that MV1 had disclosed having sex at least three times with JACOBSON and indicated that they

---

[1] The full number is known to law enforcement.

had met on Instagram or Discord. The reporting person advised that MV1 has access to an Apple iPhone and an Apple iPad which had been used to communicate with JACOBSON. The reporting person advised that MV1 had told her JACOBSON's Instagram account is "AND1_30_" and his Discord account is "and140."

10. The reporting person provided verbal and written consent to your affiant to conduct a forensic extraction of the devices. The reporting person also provided consent for a member of the Federal Bureau of Investigation's (FBI) Child Exploitation and Human Trafficking Task Force (CEHTTF) to assume MV1's identity on Instagram, Discord, and text message. The reporting person and MV1 also agreed to participate in a forensic interview at Safeshores located at the Children's Advocacy Center (CAC).

11. Your affiant conducted a records search of a law enforcement only database and located an active Maryland Driver's License for Andrew Walter Jacobson who was born on XXXX X, 2000, and provided a home address of XXXXX Chancellors Run Road, Great Mills, Maryland, 20634. JACOBSON is also the registered owner of a 2024 Nissan Sentra which is gray in color with Maryland tags of XXXX744. [2]

12. On February 3, 2026, your affiant met with MV1 for a preliminary interview. MV1 advised your affiant that she had met JACOBSON on an online application called Hush and later communicated with him on Instagram, Discord, and iMessage. MV1 reported that she had met JACOBSON on four different occasions in person and had seen photographs of him online. Your affiant displayed a photograph of Andrew Jacobson's Maryland Driver's License to MV1 and asked if she recognized the individual. MV1 advised, "That's him" and reported his name is "Andrew." Your affiant asked if it was the same person she had met four times and MV1 advised,

---

[2] The full date of birth, address, and tag number are known to law enforcement.

"Yes." MV1 provided her Instagram account used to communicate with JACOBSON to your affiant.

13. On February 4, 2026, your affiant requested that a member of the FBI CEHTTF issue an administrative subpoena to AT&T Wireless for subscriber information and call detail records related to XXX-XXX--5579.

14. On February 4, 2026, your affiant requested that a member of the FBI CEHTTF issue an administrative subpoena to Discord for subscriber information and internet protocol logs related to "and140.".

15. On February 4, 2026, your affiant requested that a member of the FBI CEHTTF issue an administrative subpoena to Instagram for subscriber information and internet protocol logs related to "AND1_30_"

16. On February 4, 2026, your affiant conducted a forensic extraction of the Apple iPhone and Apple iPad used by MV1 to communicate with JACOBSON. Your affiant did not locate any messages on either devices with JACOBSON via Instagram or iMessage but did locate messages between MV1 and a Discord account "and140."

17. Your affiant reviewed the Discord chats and found that communication on Discord occurred during the late evening hours of January 6, 2026. The communication on Discord included JACOBSON stating, "Send iitttt" and MV1 advising she was trying to send a video to JACOBSON. MV1 reported that the video was of herself "gooning[3]" and advised JACOBSON, "you've already seen most of it anyways. Idk if it's gonna work." JACOBSON advised MV1, "You can sell it tbh omg. Dead serious." JACOBSON later advised that he could sell the video for MV1 by stating, "On hush I can be like yo 14 f selling. Something like that."

---

[3] Based on my experience investigating cases of this nature, your affiant understands that "gooning" is used as a colloquial phrase to refer to masturbation.

18. Your affiant reviewed the images and videos of the extracted devices and located a 45 second video which appeared to show a nude adult male penetrating the vagina of a nude female with his erect penis which has a condom on it. The female's long braided hair is visible and one of the braids is running down her back. The video was recorded from the male's point of view and was focused on the sexual act. The male and female's faces were not visible in the video, but your affiant knows MV1 has long braided hair like the female in the video. The hair in the video is also consistent with MV1's hair color and appearance.

19. Your affiant reviewed the metadata linked to the video and found that it had been created on January 31, 2026, at approximately 1:40 am. The video had been created on MV1's Apple iPhone which was recording geolocation data at the time the video was produced. The metadata indicated that the video had been created at a latitude / longitude of "38.258900, -76.492200." JACOBSON's home address of XXXXX Chancellors Run Road, Great Mills, Maryland is approximately 190 feet from the recorded latitude / longitude.

20. Your affiant also located the following three screenshots of the Apple iPhone application, "Find my iPhone" which displayed a contact saved as "Andrew" on MV1's telephone moving from the area of Camp Springs, Maryland to an alley in the rear of MV1's home. Your affiant reviewed the contact "Andrew" in MV1's phone and found that it listed JACOBSON's phone number as the contact number. The screenshots were created on January 10, 2026, and deleted on January 31, 2026.



21.     Two videos were created immediately after the screenshots were taken of JACOBSON traveling from Maryland to D.C. which appeared to be recorded from the MV1's point of view. The two videos showed MV1 leaving her residence from a back door, walking into the rear alley of her home, and turning towards the last location in the screenshots. MV1 can be heard saying, "I'm scared" as she walks towards JACOBSON.[4]

22.     Your affiant also located numerous screenshots of Instagram messages between MV1 and JACOBSON to include the following message from JACOBSON's Instagram account to MV1,[5]



---

[4] JACOBSON is not visible in the video reviewed by your affiant.
[5] The screenshot did not include a specific date that these messages were sent.

23. On February 10, 2026, AT&T Wireless produced the requested information for the telephone number of XXX-XXX-5579. AT&T Wireless reported that the account subscriber is Andrew Jacobson of XXXXX Chancellors Run Road, Great Mills, Maryland, 20634. JACOBSON provided an email address of XXXXXXXXXXXXXXXXX@GMAIL.COM[6] and has been the account subscriber since February 25, 2025.

24. On February 10, 2026, MV1 was forensically interviewed at Safeshores located at the D.C. CAC. MV1 reported during the interview that she had met JACOBSON who she knows as "Andrew" on an application called Hush. The conversation subsequently moved over to Instagram and then later they communicated via Discord and iMessage.

25. MV1 reported that she had met JACOBSON in person four times. The first time occurred in an alley in the rear of her home in Washington, D.C. after JACOBSON traveled from Maryland to meet her. MV1 advised that they just spoke at first but eventually JACOBSON penetrated her mouth with his erect penis. MV1 reported that this first time JACOBSON and MV1 met in person was a few weeks after they had begun chatting with one another.

26. MV1 reported that JACOBSON returned to the alley in the rear of her home in Washington, D.C. two more times, and during those times MV1 engaged in vaginal sex with JACOBSON, where JACOBSON penetrated MV1's vagina with his penis. MV1 advised that JACOBSON traveled from his home in Maryland to meet her on both of those occasions.

27. As previously stated, at least one of those additional dates – January 10, 2026 – is corroborated by screenshots of "Find my iPhone" documenting JACOBSON traveling from Maryland to Washington, D.C. and videos of MV1 walking into the alley behind her home in Washington, D.C.

---

[6] The full email address, which included the defendant's first and last name, is known to law enforcement.

28. MV1 reported the last time where JACOBSON and MV1 engaged in sexual acts occurred when she arranged to go to a friend's house in Maryland with the intent of JACOBSON picking her up from there and taking her to his home in Maryland. MV1 and JACOBSON spoke about this plan prior to MV1 going to Maryland. MV1 advised that JACOBSON picked her up from the home and brought her to his house where they had vaginal sex. MV1 reported that a video of them having sex (described above in paragraph 18) was recorded by JACOBSON after he asked to record the act with her phone. MV1 was shown a still image from the recorded video and confirmed that the video was of MV1 and JACOBSON.

29. MV1 was shown a photograph obtained from a forensic review of her Apple iPhone. The photograph appears to be a photograph of another cellular device's Instagram account. The photograph was taken on October 24, 2025, and was from the Instagram user, "Andrew." The Instagram photograph was of an adult male's erect penis. MV1 reviewed the photograph and advised that the photo was of JACOBSON and had been sent via Instagram.

30. MV1 was shown below the photograph which was believed to be a photograph of JACOBSON sent to her via Instagram. MV1 advised upon seeing the photograph that it was JACOBSON and that he sent it to her. MV1's name is written on JACOBSON's hand.



31. Your affiant reviewed the contents of MV1's cellular phone and located text messages between JACOBSON and MV1 sent between approximately 9:24 pm and 11:54 pm on January 30, 2026, just prior to the production of the video. The messages include JACOBSON asking MV1 what she would like to drink and advising her, "Nah you don't have to but I feel like it would loosen you up a little." JACOBSON then advises MV1, "Okayy well I can get Seagrams which is very low alcohol we can get that or smirnoffs which is higher but good af." JACOBSON also advises MV1, "I wanna watch Netflix and drink for a little and do a round or 2" and then indicates that he is eight minutes away.

## CONCLUSION

32. For the reasons set forth above, I submit that probable cause exists to believe that, on or about October 24, 2025, JACOBSON committed the offense of Transfer of Obscene Material to Minors, in violation of 18 U.S.C. § 1470. Furthermore, probable cause exists to believe that, on

or about January 10, 2026, JACOBSON committed the offenses of Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b) and First Degree Child Sexual Abuse, in violation of 22 D.C. Code 3008.  Additionally, probable cause exists to believe that, on or about and between January 1, 2026, and January 31, 2026, JACOBSON committed the offenses of Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a) and Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b).

Respectfully submitted,

_____
Thomas Sullivan
Detective
Metropolitan Police Department of D.C.

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on March 6, 2026.

_____
The Honorable Matthew J. Sharbaugh
United States Magistrate Judge