AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:26-mj-00050 |
| | ) Assigned To: Judge Sharbaugh, Matthew J. |
| ANDREW WALTER JACOBSON | ) Assign. Date: 3/6/2026 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ANDREW WALTER JACOBSON                                                                       ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1470 - Transfer of Obscene Material to Minors
18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct
22 D.C. Code 3008 - First Degree Child Sexual Abuse
18 U.S.C. § 2251(a) - Sexual Exploitation of a Child
18 U.S.C. § 2422(b) - Coercion and Enticement of a Minor

Date:    03/06/2026

*Issuing officer's signature*

City and state:    Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/6/26 , and the person was arrested on *(date)* 3/11/26 at *(city and state)* St Mary, MD . |
| Date: 3/11/26 |
| *Arresting officer's signature* |
| Bruce Sweeney   DUSM |
| *Printed name and title* |